

# NUMBER 13-21-00130-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

### IN RE JON MICHAEL POLLOCK

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

On April 30, 2021, relator Jon Michael Pollock filed a petition for writ of mandamus through which he contends that the trial court abused its discretion by issuing an April 9, 2021 order requiring Pollock to produce his medical and mental health records. Relator also filed a motion to stay the trial court's April 9, 2021 order.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we grant relator's motion and we order the trial court's April 9, 2021 order to be stayed pending further order of this Court or the

resolution of this original proceeding. *See* TEX. R. APP. P. 52.10 ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request that the real party in interest, Madison Eckles, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
3rd day of May, 2021.